

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

United States of America

v.

Lashanda Myles   Case No. 1:06mJ00298

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

**I HEREBY:**   Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 1-18-06

X _____
Defendant

BEFORE: _____
United States Magistrate Judge

Social Security No. _____

_____
Defendant's Attorney (if any)

_____ Petty Offense

_____ Misdemeanor