1  McGREGOR W. SCOTT
   United States Attorney
2  VIRNA L. SANTOS
   Assistant U.S. Attorney
3  Federal Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000

**FILED**

MAY 09 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:06-mj-00298 AWI |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER FOR DISMISSAL OF COMPLAINT |
| LASHANDA MYLES, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Complaint against Lashanda Myles be dismissed, without prejudice, in the interest of justice.

DATED: 5/9/07

_____
DENNIS L. BECK
U.S. Magistrate Judge